UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| In re: | Case No. 09-10206-ANV |
|---|---|
| Louis M. Lesniak, | Chapter 7 |
| Debtor. | |

### Order Granting Bank of America, N.A. Relief From Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that the Secured Party's, Bank of America, N.A., its Successors and/or Assigns, Motion for Relief From Stay is hereby granted and the stay imposed by 11 U.S.C. §362 is hereby terminated with a waiver of the 10 day stay provided by Bankruptcy Rule 4001(a)(3)and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Louis M. Lesniak to Bank of America, N.A., dated February 24, 2007, recorded with the Coventry Land Records at Book 1761, Page 0436, which covers the premises located at 7 Dion Avenue, Coventry, RI 02816, and may exercise its rights under said Mortgage, preserving and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion. Bank of America, N.A. is awarded legal fees and costs in the amount of $505.00 for filing its Motion.

*[signature]*

Honorable Arthur N. Votolato
United States Bankruptcy Judge

200901-2576

Entered on docket: 6/10/2009