UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

    LOUIS M. LESNIAK                 BK-09-10206
        Debtor                      CHAPTER 13

NOTICE OF CHAPTER 13 PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

The debtor is not entitled to a discharge unless after filing a petition the debtor completes an instructional course concerning personal finance management as described in 11 U.S.C. §111.

                                        /s/John Boyajian
                                        John Boyajian
                                        Chapter 13 Trustee
                                        182 Waterman Street
                                        Providence, RI 02906
                                        Tel:(401)273-9600
                                        Fax:(401)273-9605

CERTIFICATION

I hereby certify that a copy of the within Notice of Chapter 13 Completion was mailed, postage prepaid, to Louis Lesniak, 7 Dion Ave., Coventry, RI 02816 and electronically mailed to Russell Raskin, Esq. at mail@raskinberman.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on October 17, 2013.

                                          /s/Martha Hunt